IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATX COMMUNICATIONS, INC.;<br>CORECOMM ATX INC. D/B/A ATX<br>TELECOMMUNICATIONS SERVICES;<br>ATX LICENSING, INC.;<br>CORECOMM NEWCO, INC.;<br>CORECOMM ILLINOIS, INC.;<br>CORECOMM MICHIGAN, INC.;<br>CORECOMM NEW YORK, INC.;<br>and CORECOMM WISCONSIN, INC.;<br><br>       Plaintiffs,<br><br>v.<br><br>AT&T CORP., and<br>AT&T COMMUNICATIONS, INC.,<br>AND DOES 1-20,<br><br>       Defendants. | **Civil Action No.** _____ |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for ATX Communications, Inc., CoreComm ATX Inc. d/b/a ATX Telecommunications Services, ATX Licensing, Inc., CoreComm Newco, Inc., CoreComm Illinois, Inc., CoreComm Michigan, Inc., CoreComm New York, Inc., and CoreComm Wisconsin, Inc. ("Plaintiffs"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public:

    Leucadia National Corp. (LUK)

These representations are made in order that judges of this court may determine the need for recusal.

October 20, 2005

_____
Anitra D. Goodman
(DC Bar No. 484434)
SWIDLER BERLIN LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
202-424-7500