UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATX COMMUNICATIONS, INC., *et al.*,   )<br>                                                            )<br>                        **Plaintiffs,**        )<br>                                                            )<br>             v.                                           )<br>                                                            )<br>AT&T CORP., *et al.*,                          )<br>                                                            )<br>                        **Defendants.**      )<br>_____) | Civil Action No. 05-2067 (ESH) |

## ORDER

Pursuant to the Court's Case Management Order in *In Re: AT&T Access Charge Litigation*, Civil Action No. 05-1360 issued on September 23, 2005, the Clerk's Office is directed to administratively close the above-captioned matter and include the names of the parties in this case with the parties in *In Re: AT&T Access Charge Litigation*, Civil Action No. 05-1360.



                                                    s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 28, 2005